# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DONOVAN SHANE CHAPMAN,** | ) |
| **Petitioner,** | ) ) ) |
| vs. | ) Case No. CIV-06-177-R ) |
| **RANDALL WORKMAN, Warden,** | ) ) |
| **Respondent.** | ) |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On June 30, 2008, Judge Roberts issued a Report and Recommendation, wherein she recommended that the petition be denied. The record reflects that no objection has been filed within the time limits prescribed in the Report and Recommendation nor has Plaintiff sought additional time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety and the petition for a writ of habeas corpus herein is DENIED.

IT IS SO ORDERED this 23rd day of July, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE